FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
JUN - 1 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
DEPUTY

Ryan Bundy
Currently interned as a Political Prisoner at:
Nevada Southern Detention Center
Pahrump, Nevada

UNITED STATES DISTRICT CC
DISTRICT OF NEVADA

**2:17-cv-01551-RFB-NJK**

Ryan Bundy,
Ex parte: julie-kaye: Embry, non representative, non agent
Plaintiff,

v.

UNITED STATES,
Nadia Ahmed,
Erin Creegan,
Nicholas Dickinson,
Peter Levitt,
Steven Myhre,
Roger Wenthe,
George Foley Jr,
Doyle Decker
Defendants.

**WRIT OF HABEAS CORPUS**
***Quo Warranto; ego te provoco***

Challenge to the existence of the Bail Reform Act to imprison or detain Ryan C Bundy

Affadavit attached re-executed

**IMMEDIATE EMERGENCY ACTION REQUIRED**

## I.
## WRIT OF HABEAS CORPUS

Comes now the name RYAN C BUNDY, to file this Writ of Habeas Corpus to challenge the existence of the "Bail Reform Act 1984" by which the United States and this court claims entitlement to imprison or otherwise detain Ryan C Bundy. *Ego te provoco*[1], either bring forth the evidence, in fact, of an Act of Congress, and verify your claim of it's existence, immediately and without delay, or your silence will be construed as your absolute agreement that UNITED STATES and this court are without an Act of Congress and are guilty of fraud, unlawful and illegal imprisonment and detainment. *Qui tacet consentire videtur*[2]. *Fraus est celare fraudem*[3]. *Falsus in uno, falsus in omnibus*[4]. *Multiudo errantium non parit errori patrocinium*[5].

[1] Latin Maxim translation: I challenge you
[2] Latin Maxim translation: He who is silent appears to consent

## II.
## BACKGROUND

Continuous request and demands, starting May 10, 2016 and continuing, for the court and United States to bring forth verification of the Act of Congress to imprison or otherwise detain Ryan C Bundy have been met with absolute silence (see exhibit BB-CC). There is only one conclusion to draw from this silence – no such Act of Congress exists (see exhibit A). Neither this court nor the United States have/has the entitlement, capacity or authority to imprison or detain a citizen except pursuant to an Act of Congress[6]. Both the court and the United States have for thirty-three years, and are currently still, knowingly, willfully and secretly conspiring against the People of the United States of America by claiming the "Bail Reform Act" entitles them to imprison or otherwise detain citizens without bail.

It is worthy of noting, in this background, that a demand for the Act of Congress was also made of the District of Nevada United States Marshal Service on January 9, 2017. United States Marshal, Doyle Decker, in a face to face meeting, was responsive to the demand for the Act of Congress upon being shown verification that he is required, by law, to have an Act of Congress to imprison or otherwise detain Ryan C Bundy. Doyle Decker's passionate response and answer, upon viewing evidence he is without an Act of Congress, should shock one to the core and shall be forever immortalized here on this record. "This is not about the law!" and, "This is Standard Procedure". Doyle was immediately corrected, that he has not been given the authority to operate by standard procedure and was instructed to return to operating within the law. Doyle was then confronted, "Without an Act of Congress, you don't have the authority to hold him!" Doyle responded, "I HAVE ALL THE AUTHORITY IN THE WORLD!" Therefore, based on Doyle's claim, one can only assume that Doyle Decker is *non compos mentis*[7] or he is claiming to be the Messiah returned, as promised in the Book of Revelation, to have that much authority. Doyle Decker is the second highest United States Marshal in the "District of Nevada" and he freely

---

[3] Latin Maxim translation: It is a fraud to conceal a fraud
[4] Latin Maxim translation: False in one thing, false in everything
[5] Latin Maxim translation: The multitude of those who err is no excuse for error
[6] Title 18 USC 4001 – Limitation on detention; control of prisons; (a) "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress."
[7] Latin translation: Not in control of the mind

admits that what he does, imprisoning, detaining and hunting the people, "has nothing to do the law". That leaves one to wonder what his job does have to do with anything, perhaps the opposite of the law, his committing of crimes and, to compound the repulsive nature of his crimes, he is paid to commit them. This is a prime example of the mentality of the gun toting enforcers wearing the badges of the UNITED STATES MARSHAL SERVICE. What a shame and what a sham.

## III.
## POINTS AND AUTHORITIES

In the case, *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260 (1954)[8] the United States of America Supreme Court announced that government officials must follow agency regulations. The Accardi Doctrine is the foundation for the rule of law requiring governmental agencies to observe their rules even when it is not expedient. Title 18 4001(a) is one of the published agency codes, policies, rules and guidelines and are therefore binding regulations.

The Supreme Court first established the principle that government agencies must follow their own rules in its 1932 decision, *Arizona Grocery Co. v. Atchison, Topeka & Santa Fe Railway*[9]. This principle became known as the Accardi principle after the Supreme Court vacated a deportation order issued by the Board of Immigration Appeals in *United States ex rel. Accardi v. Shaughnessy*[10]. The Supreme Court later reaffirmed this doctrine in *Service v. Dulles*[11], *Vitarelli v. Seaton*[12], *Yellin v. United States*[13], *and United States v. Nixon*[14]. In each of these cases, the high

[8] 347 U.S. 260 (1954).
[9] 284 U.S. 370 (1932) (barring the Interstate Commerce Commission from ignoring its own order. The court acknowledged that the Commission could repeal its order and establish a new rule but it could not deviate from its existing rules.) Cf. American Farm Lines v Black Ball Freight Serv., 397 U.S. 532 (1970) (commission's violation of its own rules was not prejudicial, and does not require a remedy).
[10] 347 U.S. 260 (1954); *see also* Bridges v. Wixon, 326 U.S. 135, 152 (1945) (reversing agency action for violating agency regulations in improperly admitting evidence; the court held that violating the agency's own regulations denied the petitioner due process of law).
[11] 354 U.S. 363 (1957) (agency must follow procedural regulations and grant a hearing before discharging officer).
[12] 359 U.S. 535 (1959)(agency must follow prescribed procedures in employee discharge).
[13] 374 U.S. 109 (1963)(congressional committee must follow its own rules and consider citizens request that his testimony be taken in executive session).

court struck down government action that violated existing agency regulations. It upheld the public's right to have government officials follow agency regulations unless and until the agency revokes or amends its rules. There is authority for the proposition that this principle is part of the constitutional guarantee of due process, and authority for the proposition that it is a non-constitutional principle of administrative law.

Once an agency establishes its rules or regulations, it must follow them. The courts do not have discretion to tolerate the official's departures or deviations from the agency guidelines, and should grant equitable relief to the "defendant" and enjoin the agency in question from this conduct. The courts do not have the discretion to try one for allegedly breaking a rule/statute while intentionally ignoring prosecutorial misconduct by deviations from rules. No honorable, reasonable or impartial judicial officer could, in good faith, condone this deviation.

The agency officials presumably follow the guidelines most of the time. When policies are followed, they provide procedural protection against potential violations of constitutional and statutory rights; they can also provide a meaningful check on legal but potentially inappropriate action. Inevitably, some officials will disregard such rules. It is the court's role to determine where a remedy would be appropriate and to require the government to follow its procedures. This ensures consistent treatment, and gives notice to agencies that they are not free to make rules or guidelines and arbitrarily depart from them with impunity.

This court has a duty to enforce agency codes and not to tolerate arbitrary deviations from it as the actions of the "prosecutor" are outcome determinative and violate not only the rules but they violate due process and the rights of the alleged "defendant". "The public has an interest in seeing its government deal carefully, honestly and fairly with its Citizens."[15]. When an agency has

---

[14] 418 U.S. 683 (1974) (Special Prosecutor had authority to subpoena Presidential tapes under Justice department regulations unless or until the Attorney General revokes or amended the regulation).

[15] Meister Bros., Inc. v. Macy, 674 F.2d 1174, 1177 (7th Cir. 1982)(citations omitted); *See also* Federal Crop Ins. Corp. v. Merrill, 332 U.S. 380, 387-88 (1947)(Jackson, J., dissenting) ("it is very well to say that those who deal with the Government should turn square corners. But there is no reason why square corners should constitute a one-way street."); St. Regis Paper Co. b. United States, 368 U.S.208, 229 (1961)(Black, J., dissenting)("It is no less good morals and good law that

breached its self-imposed constraints, the judicial response must be to fashion a remedy. It is necessary to ensure consistency and fairness in application of the law[16]. Allowing an agency to proceed when it has failed to observe its rules, undermines the courts role as a arbiter between government action and one's liberty.

Robert Kennedy said, "Every community gets the kind of law enforcement it insists on."[17]. If governmental agencies embrace the use of rules, the courts have a duty to ensure that these policies are not ignored but followed diligently. Due process should guarantee that the rules followed by the government are followed consistently, not capriciously. The courts must discourage unfair and inconsistent agency action and should not hesitate to protect the principle of a "rule of law" with whatever means they have at their disposal.

It is not fair to allow or to facilitate throwing stones[18] at one of the people for allegedly breaking a code [Title 18 U.S.C] when the stone thrower is guilty of breaking the very same code [Title 18 U.S.C]. It does not serve justice to allow it. It would prove a deficit in impartiality for the judicial officer to facilitate the prosecutors misconduct by allowing this alleged matter to proceed. The constitution, our touchstone, guarantees fairness and due process and the Accardi Doctrine protects it.

## IV.
## QUO WARRANTO

United States claims to have an Act of Congress to imprison or otherwise detain Ryan C Bundy, called the Bail Reform Act of 1984, confirmed by Angela Dows Esq., but the Bail Reform Act of 1984 does not exist and therefore is not an Act of Congress. I know this, and this court and United States all know this to be true. United States is not following its published policies, codes, laws, or regulations. This is not a surprise, this is their modus operandi, they cheat, and as one of the paralegals on this defense team always reminds me when they cheat, "Ryan, cheaters cheat". Although we laugh at the cheaters, this is far

---

the Government should turn square corners in dealing with the people than that the people should turn square corners in dealing with their government.").

[16] *See, e.g.*, K. LLEWELLEN, THE BRAMBLE BUSH 43 (1951) (The treatment of persons similarly situated is a basic requirement of justice).

[17] R. KENNEDY, THE PURSUIT OF JUSTICE 47 (1964).

[18] **Mark 8:7 "So when they continued asking him, he lifted up himself, and said unto them He that is without sin among you, let him first cast a stone at her."**

from funny. It is the courts mandate and the judge's obligation to ensure that those cheaters cannot cheat. This issue has been argued over and over in the courts, and thus, we have the Accardi Doctrine. If this court continues to ignore the Supreme Court decisions, including the Accardi Doctrine, it is further evidence of this court's deliberate conspiracy and fraud. It will not stand. To preserve the integrity of the judiciary come forth with clean hands!

## V.
## Demand, Notice, and Warning of Commercial Grace requiring proof of jurisdiction Invoking: Time is of the Essence and the Drop Dead Clause

**Time is of the essence**: Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, and Doyle Decker have **seventy-two hours** to meet this challenge with verification of their claim that the Bail Reform Act exist and that it grants them authority to imprison or otherwise detain Ryan C Bundy. If Christ can die and rise from the dead in three days, I am confident that Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, or Doyle Decker can pull a paper out of their filing cabinet within the allotted three days, with ease and minimal effort. They use the non-existing Bail Reform Act to hold anyone who goes against them; therefore, one can assume that they have a certified copy of it on hand at all times.

Solution #1: The most reasonable solution, is for any one, Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, or Doyle Decker to immediately produce the evidence of the imaginary Bail Reform Act, a certified copy will do, that the United States claims to have, that grants them authority to imprison or otherwise detain Ryan C Bundy.

Solution #2: The most simple solution, is for Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, or Doyle Decker to choose a representative from amongst themselves, and that representative can handwrite a sworn affidavit, sworn under penalty of perjury, U.S.C. 28 1746, that the Bail Reform Act of 1984 really exist.

Another solution, would be for the United States, to verify by affidavit, sworn under penalty of perjury, that for purposes of these proceedings, Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, and Doyle Decker are, in fact, exempt from and not subject to any of the laws of the United States, including but not limited to Title 18 USC 4001(a).

Absent fulfillment of one of the above three solutions, within the allotted three days, Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, and Doyle Decker all agree, sub silentio, that the man, Ryan C Bundy, must be released forthwith as there is no Bail Reform Act in existence to imprison or otherwise detain him.

Furthermore, if at the conclusion of the allotted three days, if Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, and Doyle Decker have not released Ryan C Bundy and have not verified the existence of the Bail Reform Act, they each, sub silentio, agree to accept full commercial and criminal unlimited liability for their unlawful imprisonment and detainment of Ryan C Bundy. The amount of full commercial and criminal unlimited liability is retroactive and under private seal. *Qui tacet consentire videtur – he who is silent appears to consent.*

**Drop Dead Clause: If** Nadia Ahmed, Erin Creegan, Nicholas Dickinson, Peter Levitt, Steven Myhre, Roger Wenthe, George Foley Jr, and Doyle Decker fail or refuse to satisfy one of the three solutions offered, within the allotted seventy-two hours, **then** in addition to releasing Ryan, accepting full commercial and criminal unlimited liability, they also, agree to forfeit any right or presumed right to pursue any and all counts and charges regarding "2:16-cr-46-GMN-PAL", for they are guilty of being dishonorable criminals, in fact, themselves. *Falsus in uno, falsus in omnibus – false in one thing, false in everything (i.e. a liar is a liar and everything a liar says is to be taken as a lie)*

**Verification: Recorded in the private, published in the public, Title 28 USC 1746, "under the laws of United States", "made pursuant to law": "I verify under penalty of per jury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2017."**

With all due respect,

Bundy, Ryan C
Exempt from levy

Executed on: May 26, 2017

**Certificate of Service**

This the ______ day of ______________, 2017 a true and correct copy of the foregoing was served to the court, and the following persons by hand, email, first-class mail or better:

Nadia Ahmed,
Erin Creegan,
Nicholas Dickinson,
Peter Levitt,
Steven Myhre,
And Roger Wenthe
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

George Foley Jr,
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

Doyle Decker
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

Clara L. Bernate June 1, 2017
Currier name and mark

# Verified Declaration
# (Affidavit)
# Bundy, Ryan C
# One People Of We The People

Whereas, the public record is the highest form of evidence, i am hereby timely creating for the public record by this Verified Declaration, affidavit, within the Nevada State; and,

Your silence stands as consent, and tacit approval, for the declarations of facts and conclusions here being established as fact, as a law matter and this declaration, affidavit, **absent rebuttal within forty-eight (48) hours, will stand as final judgment in this matter**; and,

**Failure to rebut within forty-eight (48) hours, establishes you are in agreement with the claims herein** and are thusly lawfully estopped pursuant to: Carmine v. Bowen, 64 A. 932, 1906, "silence activates estoppel"; and,

The right to amend this document is reserved by author, who is the only party authorized to assert the right to make amendments to this document as necessary, and in order that the truth may be ascertained and these proceedings are justly determined; and,

Should any party possess information that will controvert and overcome this Declaration with specificity, please advise in writing by Verified Declaration in form of Affidavit, point by point, under penalty of perjury, within forty-eight (48) hours from the filing of this document; and thereby, provide me with your timely rebuttal proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and at no time in reliance on mere presumptive facts and personal conclusions, that this Verified Declaration, affidavit, is substantially and materially false sufficiently for changing materially my declaration; and,

Declarant, competent by stating the matters set forth herein, does herewith declare, state and say that this Declaration is issued with sincere intent in truth, the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by the best knowledge of the undersigned.

## VERIFIED DECLARATION

1. After approximately four hundred, seventy-six hours of due diligence, by my authorized agent, Embry, Julie, it is concluded, by examination of the evidence of facts, the Bail Reform Act of 1984 has not been enacted by the general assembly, as an Act of Congress; therefore, the Bail Reform Act of 1984 is not an "Act of Congress" **(See Exhibit AA attached)**; and,

2. Title 18 USC 4001(a) states, "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress."; and,

3. Title 1 USC 101 states, "The enacting clause of all Act of Congress shall be in the following form: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."; and,

4. The Bail Reform Act of 1966 is the only enacted Bail Reform Act, enacted by the General Assembly, as an Act of Congress; and,

5. The Bail Reform Act of 1966 does not permit any "District Court" to hold a defendant based on the verbiage of "danger to community" or "is likely to not appear"; and,

6. This court, George Foley Jr., and UNITED STATES are deprive[ing] Bundy, Ryan C of liberty under the guise of "restricting", "restraining" or "limiting"; which is simply deceitful because this court wouldn't dare call it what it is, deprive[ing]. This court, George Foley Jr., and UNITED STATES cannot deprive a defendant of liberty or freedom without an "Act of Congress", which this court is withOUT; and,

7. Statutes and codes cannot accomplish what the united States of America Constitution forbids; and,

8. The united States of America Constitution forbids excessive bail, and no bail is as excessive as it gets, as it is impossible to meet; and,

9. Title 18 USC is a code and is not an Act of Congress; and,

10. Title 18 § 3142 is a code and is not an Act of Congress; and,

11. Case Law is not an Act of Congress; and,

12. HJR-98-473, Public Law is not an Act of Congress; and,

13. On May 9, 2016, my authorized agents, Embry, Julie and Cleveland, Mona served upon UNITED STATES a demand for the "Act of Congress" to detain Bundy, Ryan C (**See Exhibit BB attached**); they have had approximately 300 days, as of the date of the filing of this declaration, and have failed to do so; therefore it can be said UNITED STATES is withOUT an "Act of Congress" to detain Bundy, Ryan; and,

14. **George Foley, Jr. and UNITED STATES OF AMERICA (a/k/a UNITED STATES) is also unlawfully depriving:**

**Cliven D. Bundy (2:16-cr-00046-GMN-PAL); and,
Ryan C Bundy (2:16-cr-00046-GMN-PAL); and,
Ammon E. Bundy (2:16-cr-00046-GMN-PAL); and,
David H. Bundy (2:16-cr-00046-GMN-PAL); and,
Melvin D. Bundy (2:16-cr-00046-GMN-PAL); and,
Gregory P. Burleson (2:16-cr-00046-GMN-PAL); and,
Brian D. Cavalier (2:16-cr-00046-GMN-PAL); and,
Blaine Cooper (2:16-cr-00046-GMN-PAL); and,
Gerald A. DeLemus (2:16-cr-00046-GMN-PAL); and,
O. Scott Drexler (2:16-cr-00046-GMN-PAL); and,
Todd C. Engel (2:16-cr-00046-GMN-PAL); and,
Richard R. Lovelien (2:16-cr-00046-GMN-PAL); and,
Micah L. McGuire (2:16-cr-00046-GMN-PAL); and,
Joseph D. O'Shaughnessy (2:16-cr-00046-GMN-PAL); and,
Eric J. Parker (2:16-cr-00046-GMN-PAL); and,
Ryan W. Payne (2:16-cr-00046-GMN-PAL); and,
Peter T. Santilli, Jr. (2:16-cr-00046-GMN-PAL); and,
Steven A. Stewart (2:16-cr-00046-GMN-PAL); and,
Jason D. Woods (2:16-cr-00046-GMN-PAL); and,
Michael Ray Emry (6:17-cr-00005-AA); and,
John Michael Edwards (2:09-cr-00132-JAD-GWF); and,
Thomas Robert Lacovara (6:16-cr-0039-AA); and,
Schuyler Pyatte Barbeau (2:15-cr-00391-RAJ); and,
Francis Schaffer Cox (3:11-cr-00022-RJB); and,
Omar W. Qazi (2:15-cr-00014-APG-VCF); and,
Randall David Due (8:12-cr-00344-JFB-TDT); and,
Terry G. Trussel (2014-201CF); and,
Adam Van Cannon (TBA); and,
Joe Robertson (4:07-cr-00121-SHE-1)
Bruce Doucette (D162017cr10089)
Stephen Nalty (D162017cr10085)
Steven Dwight Hammond (6:10-cr-60066-AA-1)
Dwight Lincoln Hammond, Jr. (6:10-cr-60066-AA-1)**

**as well as many others of liberty and freedom withOUT an "Act of Congress" as required by Title 18 USC; and,**

15. **George Foley, Jr. and UNITED STATES OF AMERICA (a/k/a UNITED STATES) is required, obligated, committed, duty bound and now COMMANDED, by We The People and Bundy, Ryan C to produce the necessary and proper Acts of Congress FORTHWITH, within 48 hours of the filing of this document, or immediately release the above listed People of We The People; and,**

16. Bundy, Ryan C was not and is not in the District of Columbia, was not and is not in Puerto Rico, was not and is not in a territory or in an insular possession; and,

17. The Federal Rules of Criminal Procedure designated the meaning of an "Act of Congress" as: "Act of Congress" includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession"; and,

18. "Includes" is a restrictive word that means "only"; and,

19. "Honorable" George Foley Jr. was served, January 9, 2017, on about 4:00pm, with my claim **(See exhibit CC attached)** of the above facts and evidence, and was given eight (8) hours to respond and rebut which he refused to do; therefore, one can conclude that **"Honorable" George Foley Jr. is in agreement with the claim that the Bail Reform Act of 1984 is not an "Act of Congress";** and,

20. "Honorable" George Foley Jr. provided a receipt for my claim upon receipt of the claim that The Bail Reform Act of 1984 has not been enacted **(See exhibit DD attached)**; and,

21. "Honorable" George Foley Jr. refused to speak on the matter knowing full well, "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading". *Prudden, supra, p. 1032;* and,

22. "Honorable" George Foley Jr. commits fraud by failing to disclose facts and refusing to speak on the matter knowing full well, "...Fraud involves the failure to disclose facts when there is a duty to make a disclosure..." *William V. Dorsaneo III, Texas Litigation Guide, Vol 4, Ch. 55 (Matthew Bender & Company, Inc.: New York, 2016) ("Dorsaneo")*; and,

23. Fraud in its elementary common law sense of deceit – and this is one of the meanings that fraud bears in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) – includes the deliberate concealment of material information in a setting of fiduciary obligation. **A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them, he is guilty of fraud...**" *McNally v United States, 483 U.S. 350, 371-372 (1987), quoting Judge Posner in United States v. Holzer, 816 f.2d 304 (1987)*; and.

24. "Honorable" George Foley Jr. purports himself to be an officer of the court, a United States Magistrate Judge; therefore, as a fiduciary toward the public, and the defendant before him, **George Foley Jr., is guilty of committing fraud for concealing material information** and by doing so he has admitted his guilt and fraud **and admits, by refusal to answer in attempt to hide his guilt,**

**concedes and agrees that the Bail Reform Act of 1984 is NOT an "Act of Congress"**; and,

25. "Honorable" George Foley Jr. placed upon the public record, on January 9, 2017, Doc #1275, that he received the letter with claim, but he hid the claim from the record and therefore from the public, further confirming his guilt, shame and lack of authority to detain Bundy, Ryan C; and,

26. A non-rebutted claim stands as sovereign truth in law; and,

27. Bundy, Ryan C is without evidence to the contrary of the facts and truths herein; therefore it is so.

I certify the foregoing is true and correct and that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

**Verification: Recorded in the private, published in the public, Title 28 USC 1746, "under the laws of United States", "made pursuant to law": "I verify under penalty of per jury under the laws of the United States of America that the foregoing is true and correct. Amended and Executed on May 26, 2017."**

With all due respect,

Bundy, Ryan C
Exempt from levy

Executed on: May 26, 2017

Interview with The First Congress author Fergus Bordewich (https://govtrackinsider.com/what-the-first-congress-of-1789-can-teach-the-congress-of-2017-f136a2baee92) X

EXHIBIT A

Congress (/congress) / Bills (/congress/bills) / H.R. 5865 (98th)

# H.R. 5865 (98th): Bail Reform Act of 1984

Overview (/congress/bills/98/hr5865) Summary (/congress/bills/98/hr5865/summary)

Details (/congress/bills/98/hr5865/details)

A bill to amend the Bail Reform Act of 1966 to permit consideration of danger to the community in setting pretrial release conditions, to permit pretrial detention of certain offenders, and for other purposes.
*The bill's titles are written by its sponsor.*

*Overview*

Introduced: **Jun 14, 1984**
98th Congress, 1983–1984

Status: **Died in a previous Congress**
This bill was introduced on September 18, 1984, in a previous session of Congress, but was not enacted.

Sponsor: **Harold Sawyer (/congress/members/harold_sawyer/409599)**
Representative for Michigan's 5th congressional district
Republican

*History*

JUL 31, 1981 — Earlier Version — Introduced
This activity took place on a related bill, H.R. 4362 (97th) (/congress/bills/97/hr4362).

JUN 14, 1984 — **Introduced**
This is the first step in the legislative process.

SEP 18, 1984 — **Ordered Reported by Committee**
A committee has voted to issue a report to the full chamber recommending that the bill be considered further. Only about 1 in 4 bills are reported out of committee.

### H.R. 5865 (98th) was a bill in the United States Congress.

A bill must be passed by both the House and Senate in identical form and then be signed by the President to become law.

This bill was introduced in the 98th Congress, which met from Jan 3, 1983 to Oct 12, 1984. Legislation not enacted by the end of a Congress is cleared from the books.

### How to cite this information.

We recommend the following MLA-formatted citation when using the information you see here in academic work:

"H.R. 5865 — 98th Congress: Bail Reform Act of 1984." www.GovTrack.us. 1984. June 1, 2017 <https://www.govtrack.us/congress/bills/98/hr5865>

show another citation format: APA Wikipedia Template

### Where is this information from?

GovTrack automatically collects legislative information from a variety of governmental and non-governmental sources. This page is sourced primarily from Congress.gov (http://hdl.loc.gov/loc.uscongress/legislation.98hr5865), the official portal of the United States Congress. Congress.gov is generally updated one day after events occur, and so legislative activity shown here may be one day behind. Data via the congress project (https://github.com/unitedstates/congress).

Follow GovTrack on social media for more updates:
(https://www.facebook.com/govtrack/) (http://twitter.com/govtrack) (https://medium.com/govtrack-insider) (https://github.com/govtrack/govtrack.us-web)

On GovTrack Insider:

What the first Congress of 1789 can teach the Congress of 2017 (https://medium.com/govtrack-insider/what-the-first-congress-of-1789-can-teach-the-congress-of-2017-f136a2baee92) – May 26, 2017
If you think the current Congress has problems, look back 228 years to the very first Congress.

Competitive Health Insurance Reform Act would remove anti-trust exemption, passed House 416–7 (https://medium.com/govtrack-insider/competitive-health-insurance-reform-act-would-remove-anti-trust-exemption-passed-house-416-7-35c6468ac7b) – May 25, 2017
Health care is one of the most contentious and partisan issues on Capitol Hill, but a bill intended to increase competition in the health...

Rapid DNA Act could speed up solving of unsolved crimes and exoneration of innocent suspects (https://medium.com/govtrack-insider/rapid-dna-act-could-speed-up-solving-of-unsolved-crimes-and-exoneration-of-innocent-suspects-1c7d807a9682) – May 24, 2017
Rapid DNA is a new technique that can analyze DNA samples in about 90 minutes, instead of days or even weeks as it took previously. A bill...

Kroger
The Kroger Co.
Family of Stores
Find valuable coupons, savings and more!

(About Ads (/advertising) | Hide These Ads (/accounts/membership))

page 1 of 2
EXHIBIT A

*site* MENU

Home (/)

Start Tracking (/start)

About GovTrack (/about)

Data/API (/developers)

Privacy & Legal (/legal)

Log in (/accounts/login)

*follow* GOVTRACK

Facebook (https://www.facebook.com/govtr

Twitter (http://twitter.com/govtrack)

Medium (https://medium.com/govtrack-insider)

Blog (/blog)

Code (https://github.com/govtrack/govtrack-web/commits/master)

Launched in 2004, GovTrack helps everyone learn about and track the activities of the United States Congress. This is a project of Civic Impulse, LLC (http://www.civicimpulse.com). GovTrack.us is not a government website.

About the Site (/about) | Contact Us (/contact)

You are encouraged to reuse any material on this site. GovTrack supports other Congress-tracking websites through our open data (/developers).

**Title 28 USC 1746, "under the laws of United States", "made pursuant to law": "I verify under penalty of per jury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2017."**

julie-kaye: embry non rep non agent

page 2 of 2
EXHIBIT A

# EXHIBIT AA

EXHIBIT AA (13 PAGES)



(https://www.cornell.edu/)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 18 (/uscode/text/18) › Part III (/uscode/text/18/part-III) › Chapter 301 (/uscode/text/18/part-III/chapter-301) › § 4001

# 18 U.S. Code § 4001 - Limitation on detention; control of prisons

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

US Code (/uscode/text/18/4001?qt-us_code_temp_noupdates=0#qt-us_code_temp_noupdates)
Notes (/uscode/text/18/4001?qt-us_code_temp_noupdates=1#qt-us_code_temp_noupdates)
Authorities (CFR) (/uscode/text/18/4001?qt-us_code_temp_noupdates=3#qt-us_code_temp_noupdates)
prev (/uscode/text/18/3772) | next (/uscode/text/18/4002)

(a) No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress.

(b)

(1) The control and management of Federal penal and correctional institutions, except military or naval institutions, shall be vested in the Attorney General, who shall promulgate rules for the government thereof, and appoint all necessary officers and employees in accordance with the civil-service laws, the Classification Act, as amended, and the applicable regulations.

(2) The Attorney General may establish and conduct industries, farms, and other activities and classify the inmates; and provide for their proper government, discipline, treatment, care, rehabilitation, and reformation.

(June 25, 1948, ch. 645, 62 Stat. 847 (http://uscode.house.gov/statviewer.htm?volume=62&page=847); Pub. L. 92–128 (http://www.gpo.gov/fdsys/browse/collection.action?collectionCode=PLAW), § 1(a), (b), Sept. 25, 1971, 85 Stat. 347 (http://uscode.house.gov/statviewer.htm?volume=85&page=347).)

*LII has no control over and does not endorse any external Internet site that*

## U.S. Code Toolbox

LII on your phone:




(https://itunes.apple.com/us/app/lawlibe/id403807492)
Wex: Criminal Law: Overview (/wex/criminal_law)
Download the PDF (2 pgs) (https://www.law.cornell.edu/uscode/pdf/uscode18/lii_usc_TI_18_PA_III_CH_301_SE_4001.pdf)
Uscode.gov (https://www.law.cornell.edu/uscode/rss/usc_update_18.rss)
Table of Popular Names (/topn)
Parallel Table of Authorities (/ptoa)

thestampmaker.com



1 U.S. Code § 101 - Enacting clause | US Law | LII / Legal Inf... Case 2:16-cr-00046-GMN-PAL Document 1721 Filed 03/14/17 Page 33 of 56 https://www.law.cornell.edu/uscode/text/1/101

(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 1 (/uscode/text/1) › Chapter 2 (/uscode/text/1/chapter-2) › § 101

# 1 U.S. Code § 101 - Enacting clause

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

**US Code (/uscode/text/1/101?qt-us_code_temp_noupdates=0#qt-us_code_temp_noupdates)**

prev (/uscode/text/1/8) | next (/uscode/text/1/102)

The enacting clause of all Acts of Congress shall be in the following form: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."

(July 30, 1947, ch. 388, 61 Stat. 634 (http://uscode.house.gov/statviewer.htm?volume=61&page=634).)

## U.S. Code Toolbox

LII on your phone:

Download on the
App Store

(https://itunes.apple.com/us/app/lawlibe/id403807492)

Law about... Articles from Wex (/wex/wex_articles)

Download the PDF (1 pgs) (https://www.law.cornell.edu/uscode/pdf/uscode01/lii_usc_TI_01_CH_2_SE_101.pdf)

Title 1 USC, RSS Feed (https://www.law.cornell.edu/uscode/rss/usc_update_01.rss)

Table of Popular Names (/topn)

Parallel Table of Authorities (/ptoa)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

START DOWNLOAD

3 Easy Steps:
1) Click "Download"
2) Download on our websit
3) Get Free File Converter

thestampmaker.com

... EXHIBIT AA pg 2 of 13

Public Law 89-465

June 22, 1966
[S. 1357]

AN ACT

To revise existing bail practices in courts of the United States, and for other purposes.

Bail Reform Act of 1966.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That this Act may be cited as the "Bail Reform Act of 1966".

SEC. 2. The purpose of this Act is to revise the practices relating to bail to assure that all persons, regardless of their financial status, shall not needlessly be detained pending their appearance to answer charges, to testify, or pending appeal, when detention serves neither the ends of justice nor the public interest.

62 Stat. 821; 68 Stat. 747.

SEC. 3. (a) Chapter 207 of title 18, United States Code, is amended by striking out section 3146 and inserting in lieu thereof the following new sections:

**"§ 3146. Release in noncapital cases prior to trial**

"(a) Any person charged with an offense, other than an offense punishable by death, shall, at his appearance before a judicial officer, be ordered released pending trial on his personal recognizance or upon the execution of an unsecured appearance bond in an amount specified by the judicial officer, unless the officer determines, in the exercise of his discretion, that such a release will not reasonably assure the appearance of the person as required. When such a determination is made, the judicial officer shall, either in lieu of or in addition to the above methods of release, impose the first of the following conditions of release which will reasonably assure the appearance of the person for trial or, if no single condition gives that assurance, any combination of the following conditions:

"(1) place the person in the custody of a designated person or organization agreeing to supervise him;

"(2) place restrictions on the travel, association, or place of abode of the person during the period of release;

"(3) require the execution of an appearance bond in a specified amount and the deposit in the registry of the court, in cash or other security as directed, of a sum not to exceed 10 per centum of the amount of the bond, such deposit to be returned upon the performance of the conditions of release;

"(4) require the execution of a bail bond with sufficient solvent sureties, or the deposit of cash in lieu thereof; or

"(5) impose any other condition deemed reasonably necessary to assure appearance as required, including a condition requiring that the person return to custody after specified hours.

"(b) In determining which conditions of release will reasonably assure appearance, the judicial officer shall, on the basis of available information, take into account the nature and circumstances of the offense charged, the weight of the evidence against the accused, the accused's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and his record of appearance at court proceedings or of flight to avoid prosecution or failure to appear at court proceedings.

"(c) A judicial officer authorizing the release of a person under this section shall issue an appropriate order containing a statement of the conditions imposed, if any, shall inform such person of the penalties applicable to violations of the conditions of his release and shall advise him that a warrant for his arrest will be issued immediately upon any such violation.

EXHIBIT AA 3 of 13

"(d) A person for whom conditions of release are imposed and who after twenty-four hours from the time of the release hearing continues to be detained as a result of his inability to meet the conditions of release, shall, upon application, be entitled to have the conditions reviewed by the judicial officer who imposed them. Unless the conditions of release are amended and the person is thereupon released, the judicial officer shall set forth in writing the reasons for requiring the conditions imposed. A person who is ordered released on a condition which requires that he return to custody after specified hours shall, upon application, be entitled to a review by the judicial officer who imposed the condition. Unless the requirement is removed and the person is thereupon released on another condition, the judicial officer shall set forth in writing the reasons for continuing the requirement. In the event that the judicial officer who imposed conditions of release is not available, any other judicial officer in the district may review such conditions.

"(e) A judicial officer ordering the release of a person on any condition specified in this section may at any time amend his order to impose additional or different conditions of release: *Provided*, That, if the imposition of such additional or different conditions results in the detention of the person as a result of his inability to meet such conditions or in the release of the person on a condition requiring him to return to custody after specified hours, the provisions of subsection (d) shall apply.

"(f) Information stated in, or offered in connection with, any order entered pursuant to this section need not conform to the rules pertaining to the admissibility of evidence in a court of law.

"(g) Nothing contained in this section shall be construed to prevent the disposition of any case or class of cases by forfeiture of collateral security where such disposition is authorized by the court.

**"§ 3147. Appeal from conditions of release**

"(a) A person who is detained, or whose release on a condition requiring him to return to custody after specified hours is continued, after review of his application pursuant to section 3146(d) or section 3146(e) by a judicial officer, other than a judge of the court having original jurisdiction over the offense with which he is charged or a judge of a United States court of appeals or a Justice of the Supreme Court, may move the court having original jurisdiction over the offense with which he is charged to amend the order. Said motion shall be determined promptly.

"(b) In any case in which a person is detained after (1) a court denies a motion under subsection (a) to amend an order imposing conditions of release, or (2) conditions of release have been imposed or amended by a judge of the court having original jurisdiction over the offense charged, an appeal may be taken to the court having appellate jurisdiction over such court. Any order so appealed shall be affirmed if it is supported by the proceedings below. If the order is not so supported, the court may remand the case for a further hearing, or may, with or without additional evidence, order the person released pursuant to section 3146(a). The appeal shall be determined promptly.

**"§ 3148. Release in capital cases or after conviction**

"A person (1) who is charged with an offense punishable by death, or (2) who has been convicted of an offense and is either awaiting sentence or has filed an appeal or a petition for a writ of certiorari, shall be treated in accordance with the provisions of section 3146 unless the court or judge has reason to believe that no one or more conditions of release will reasonably assure that the person will not flee or pose

EXHIBIT AA pg 4 of 13

a danger to any other person or to the community. If such a risk of flight or danger is believed to exist, or if it appears that an appeal is frivolous or taken for delay, the person may be ordered detained. The provisions of section 3147 shall not apply to persons described in this section: *Provided*, That other rights to judicial review of conditions of release or orders of detention shall not be affected.

"§ 3149. Release of material witnesses

"If it appears by affidavit that the testimony of a person is material in any criminal proceeding, and if it is shown that it may become impracticable to secure his presence by subpena, a judicial officer shall impose conditions of release pursuant to section 3146. No material witness shall be detained because of inability to comply with any condition of release if the testimony of such witness can adequately be secured by deposition, and further detention is not necessary to prevent a failure of justice. Release may be delayed for a reasonable period of time until the deposition of the witness can be taken pursuant to the Federal Rules of Criminal Procedure.

"§ 3150. Penalties for failure to appear

"Whoever, having been released pursuant to this chapter, willfully fails to appear before any court or judicial officer as required, shall, subject to the provisions of the Federal Rules of Criminal Procedure, incur a forfeiture of any security which was given or pledged for his release, and, in addition, shall, (1) if he was released in connection with a charge of felony, or while awaiting sentence or pending appeal or certiorari after conviction of any offense, be fined not more than $5,000 or imprisoned not more than five years, or both, or (2) if he was released in connection with a charge of misdemeanor, be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both, or (3) if he was released for appearance as a material witness, shall be fined not more than $1,000 or imprisoned for not more than one year, or both.

"§ 3151. Contempt

"Nothing in this chapter shall interfere with or prevent the exercise by any court of the United States of its power to punish for contempt.

"§ 3152. Definitions

"As used in sections 3146–3150 of this chapter—

"(1) The term 'judicial officer' means, unless otherwise indicated, any person or court authorized pursuant to section 3041 of this title, or the Federal Rules of Criminal Procedure, to bail or otherwise release a person before trial or sentencing or pending appeal in a court of the United States, and any judge of the District of Columbia Court of General Sessions; and

"(2) The term 'offense' means any criminal offense, other than an offense triable by court-martial, military commission, provost court, or other military tribunal, which is in violation of an Act of Congress and is triable in any court established by Act of Congress."

(b) The analysis of chapter 207 of title 18, United States Code, is amended by striking out the last item and inserting in lieu thereof the following:

"3146. Release in noncapital cases prior to trial.
"3147. Appeal from conditions of release.
"3148. Release in capital cases or after conviction.
"3149. Release of material witnesses.
"3150. Penalties for failure to appear.
"3151. Contempt.
"3152. Definitions."

EXHIBIT AA pg 5 of 13

SEC. 4. The first paragraph of section 3568 of title 18, United States Code, is amended to read as follows:

74 Stat. 738.

"The sentence of imprisonment of any person convicted of an offense shall commence to run from the date on which such person is received at the penitentiary, reformatory, or jail for service of such sentence. The Attorney General shall give any such person credit toward service of his sentence for any days spent in custody in connection with the offense or acts for which sentence was imposed. As used in this section, the term 'offense' means any criminal offense, other than an offense triable by court-martial, military commission, provost court, or other military tribunal, which is in violation of an Act of Congress and is triable in any court established by Act of Congress."

SEC. 5. (a) The first sentence of section 3041 of title 18, United States Code, is amended by striking out "or bailed" and inserting in lieu thereof "or released as provided in chapter 207 of this title".

62 Stat. 818.

(b) Section 3141 of such title is amended by striking out all that follows "offenders," and inserting in lieu thereof the following: "but only a court of the United States having original jurisdiction in criminal cases, or a justice or judge thereof, may admit to bail or otherwise release a person charged with an offense punishable by death."

(c) Section 3142 of such title is amended by striking out "and admitted to bail" and inserting in lieu thereof "who is released on the execution of an appearance bail bond with one or more sureties".

(d) Section 3143 of such title is amended by striking out "admitted to bail" and inserting in lieu thereof "released on the execution of an appearance bail bond with one or more sureties".

(e)(1) The heading to chapter 207 of such title is amended by striking out "**BAIL**" and inserting in lieu thereof "**RELEASE**".

(2) The table of contents to part II of such title is amended by striking out "207. Bail" and inserting in lieu thereof "207. Release".

SEC. 6. This Act shall take effect ninety days after the date on which it is enacted: *Provided*, That the provisions of section 4 shall be applicable only to sentences imposed on or after the effective date.

Effective date.

Approved June 22, 1966.

Public Law 89-466

AN ACT

To amend title 38, United States Code, to increase dependency and indemnity compensation in certain cases.

June 22, 1966 [H. R. 3177]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That subsection 412(b), title 38, United States Code, is amended to read as follows:

Veterans. Dependency and indemnity compensation. 75 Stat. 566.

"(b) In any case where the amount of dependency and indemnity compensation payable under this chapter to a widow who has children is less than the amount of pension which would be payable to (1) such widow, or (2) such children if the widow were not entitled, under chapter 15 of this title had the death occurred under circumstances authorizing payment of death pension, the Administrator shall pay dependency and indemnity compensation to such widow in an amount equal to such amount of pension."

38 USC 501 et seq.

Approved June 22, 1966.

EXHIBIT AA pg 6 of 13

# Joint resolution

From Wikipedia, the free encyclopedia

In the United States Congress, a **joint resolution** is a legislative measure that requires approval by the Senate and the House and is presented to the President for his approval or disapproval. However, joint resolutions used to propose amendments to the United States Constitution do not require the approval of the President.[1]

Generally, there is no legal difference between a joint resolution and a bill. Both must be passed, in exactly the same form, by both chambers of Congress, and then must — with one exception — be presented to the President and signed by him/her (or, re-passed in override of a presidential veto; or, remain unsigned for ten days while Congress is in session) to become a law. Laws enacted by virtue of a joint resolution are not distinguished from laws enacted by a bill, except that they are designated as resolutions as opposed to acts (see for example War Powers Resolution).

While either a bill or joint resolution can be used to create a law, they are used differently in current usage. Bills are generally used to add, repeal, or amend laws codified in the United States Code or Public Laws of the United States (Statutes at Large), provide policy and program authorizations and twelve annual appropriations bills. Joint resolutions are generally used for, among other things, the following:[2]

- To authorize small appropriations;
- For continuing resolutions, which extend appropriation levels adopted in a prior fiscal year, when one or more of the twelve annual appropriations acts have been temporarily delayed from becoming law on time;
- To create temporary commissions or other ad hoc bodies (e.g., the 9/11 Commission);
- To create temporary exceptions to existing law, such as joint resolutions providing a day other than January 6 for counting electoral votes or providing for a Saxbe fix reducing the pay of an office so that a member of Congress may avoid the Ineligibility Clause;
- To declare war.

Additionally, only joint resolutions may be used to propose amendments to the Constitution.[1]

EXHIBIT AA pg 7 of 13

*Public Law 98-473
98th Congress

## Joint Resolution

Making continuing appropriations for the fiscal year 1985, and for other purposes.

Oct. 12, 1984
[H.J. Res. 648]

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,*

### TITLE I

That the following sums are hereby appropriated, out of any money in the Treasury not otherwise appropriated, and out of applicable corporate or other revenues, receipts, and funds, for the several departments, agencies, corporations, and other organizational units of the Government for the fiscal year 1985, and for other purposes, namely:

Agriculture, rural development appropriations.

SEC. 101. (a) Such sums as may be necessary for programs, projects, or activities provided for in the Agriculture, Rural Development and Related Agencies Appropriation Act, 1985 (H.R. 5743), to the extent and in the manner provided for in the conference report and joint explanatory statement of the Committee of Conference (House Report Numbered 98-1071), filed in the House of Representatives on September 25, 1984, as if such Act had been enacted into law.

D.C. appropriations

(b) Such sums as may be necessary for programs, projects, or activities provided for in the District of Columbia Appropriation Act, 1985 (H.R. 5899), to the extent and in the manner provided for in the conference report and joint explanatory statement of the Committee of Conference (House Report Numbered 98-1088), filed in the House of Representatives on September 28, 1984, as if such Act had been enacted into law.

*Post*, p. 1889.

(c) Such amounts as may be necessary for programs, projects or activities provided for in the Department of the Interior and Related Agencies Appropriations Act, 1985, at a rate of operations and to the extent and in the manner provided as follows, to be effective as if it had been enacted into law as the regular appropriation Act:

page 1 of 363
PL 98-473

*Note: The printed text of Public Law 98-473 is a reprint of the hand enrollment, signed by the President on October 12, 1984.

EXHIBIT AA pg 8 of 13

PAGE 1 of 363

# S.1762 - Comprehensive Crime Control Act of 1984

98th Congress (1983-1984)

BILL

| | |
|---|---|
| Sponsor: | Sen. Thurmond, Strom [R-SC] (Introduced 08/04/1983) |
| Committees: | Senate - Judiciary; Foreign Relations \| House - Judiciary |
| Committee Reports: | S.Rept 98-225; S.Rept 98-241 |
| Latest Action: | 09/25/1984 H.J.Res. 648 Passed the House with an Amendment incorporating the Language of H.R.5963 (identical to H.R.6031). (All Actions) |
| Roll Call Votes: | There have been 3 roll call votes |
| Tracker: | Introduced — Passed Senate |

More on This Bill
CBO Cost Estimates [0]

Get more information
See Coverage Dates for Legislative Information and learn about other sources.

Subject — Policy Area:
Crime and Law Enforcement
View subjects

Summary (3) | Text | Actions (79) | Titles (26) | Amendments (21) | Cosponsors (21) | Committees (3) | Related Bills (3)

## Summary: S.1762 — 98th Congress (1983-1984)

All Bill Information (Except Text)

Listen to this page

There are 3 summaries for S.1762. Passed Senate amended (02/02/1984) Bill summaries are authored by CRS.

Shown Here:
Passed Senate amended (02/02/1984)

(Measure passed Senate, amended, roll call 88 (91-1))
Comprehensive Crime Control Act of 1984 - Title I: Bail - Bail Reform Act of 1984 - Repeals the Bail Reform Act of 1966 and sets forth new bail procedures.

Retains execution of a money bond as a condition for pretrial release.

Authorizes a judicial officer to consider the safety of any person or the community when making a pretrial release determination.

Establishes as a mandatory release condition that the person not commit a Federal, State, or local crime during release. Expands the discretionary release conditions to include that the defendant: (1) maintain employment or an educational program; (2) avoid contact with an alleged victim or potential witness; (3) report to a law enforcement or pretrial service agency; (4) comply with a curfew; (5) refrain from possessing a firearm or using alcohol or narcotic drugs; (6) undergo medical treatment; (7) agree to forfeit designated property, including money, upon failure to appear; and (8) return to custody at specified hours.

Prohibits a judicial officer from imposing financial conditions that result in the pretrial detention of a person.

Authorizes a judicial officer to order detention for up to ten days: (1) if a person who is presently on pretrial release for a felony under Federal, State, or local law or on probation or parole or release pending sentencing or appeal for any offense, upon a determination that such person may flee or pose a danger to any person or the community; or (2) if such person is not a U.S. citizen.

Requires that a detention hearing be held in any case involving: (1) a crime of violence; (2) any offense punishable by life imprisonment or death; (3) a narcotics offense punishable by at least ten years' imprisonment; (4) a serious risk of flight or obstruction of justice; or (5) any felony committed after the person has been convicted of two or more offenses for which a hearing is mandated.

Authorizes a judicial officer after such a hearing to order the pretrial detention of a person upon finding that no condition will reasonably assure such person's appearance and the safety of any other person and the community.

Enumerates additional factors to be considered by the judicial officer in making a release determination, including the defendant's past conduct, history of drug or alcohol abuse, criminal history, and the nature and seriousness of the danger to the community or any person.

Requires the detention of a person who has appealed his conviction unless the judicial officer finds by clear and convincing evidence that: (1) such person is not likely to flee

EXHIBIT AA 9 of 13 pg

CONGRESS.GOV Legislation Congressional Record Committees Members

# S.1762 - Comprehensive Crime Control Act of 1984

98th Congress (1983-1984)

BILL Show Overview

Summary (3) | Text | Actions (79) | Titles (26) | Amendments (21) | Cosponsors (21) | Committees (3) | Related Bills (3)

## Related Bills: S.1762 — 98th Congress (1983-1984)

All Bill Information (Except Text)

A related bill may be a companion measure, an identical bill, a procedurally-related measure, or one with text similarities. Bill relationships are identified by the House, the Senate, or CRS, and refer only to same-congress measures.

| Bill | Latest Title | Relationships to S.1762 | Relationships identified by | Latest Action |
|---|---|---|---|---|
| H.R.5963 | Comprehensive Crime Control Act of 1984 | Related bill | CRS | 09/25/1984 House incorporated this Measure in H.J.Res.648 as an Amendment. |
| H.R.6031 | Money Laundering Penalties Act of 1984 | Related bill | CRS | 10/12/1984 See H.J.Res.648. |
| H.J.Res.648 | A joint resolution making continuing appropriations for the fiscal year 1985, and for other purposes. | Related bill | CRS | 10/12/1984 Became Public Law No: 98-473. |

H.J. Res 648 see next packet →

EXHIBIT AA pg page 10 of 13

# S.1762 - Comprehensive Crime Control Act of 1984

98th Congress (1983-1984)

BILL Hide Overview

Sponsor: Sen. Thurmond, Strom [R-SC] (Introduced 09/04/1983)

Committees: Senate - Judiciary; Foreign Relations | House - Judiciary

Committee Reports: S.Rept 98-225; S.Rept 98-241

Latest Action: 09/25/1984 H.J.Res. 648 Passed the House with an Amendment incorporating the Language of H.R.5963 (identical to H.R.6031). (All Actions)

Roll Call Votes: There have been 3 roll call votes

Tracker:

Introduced Passed Senate

More on This Bill

CBO Cost Estimates [0]

Get more information

See Coverage Dates for Legislative Information and learn about other sources.

Subject — Policy Area:

Crime and Law Enforcement

View subjects

Summary (3) Text Actions (79) Titles (26) Amendments (21) Cosponsors (21) Committees (3) Related Bills (3)

## Related Bills: S.1762 — 98th Congress (1983-1984)

All Bill Information (Except Text)

A related bill may be a companion measure, an identical bill, a procedurally-related measure, or one with text similarities. Bill relationships are identified by the House, the Senate, or CRS, and refer only to same-congress measures.

| Bill | Latest Title | Relationships to S.1762 | Relationships Identified by | Latest Action |
|---|---|---|---|---|
| H.R.5963 | Comprehensive Crime Control Act of 1984 | Related bill | CRS | 09/25/1984 House Incorporated this Measure in H.J.Res.648 as an Amendment. |
| H.R.6031 | Money Laundering Penalties Act of 1984 | Related bill | CRS | 10/12/1984 See H.J.Res.648. |
| H.J.Res.648 | A joint resolution making continuing appropriations for the fiscal year 1985, and for other purposes. | Related bill | CRS | 10/12/1984 Became Public Law No: 98-473. |

RESOLUTION OF HOUSE NOT "ACT OF CONGRESS"

EXHIBIT AA pg 11 of 13

Case 2:16-cr-00046-GMN-PAL Document 1721 Filed 03/14/17 Page 43 of 56

CONGRESS.GOV Legislation Congressional Record Committees Members

# H.J.Res.648 - A joint resolution making continuing appropriations for the fiscal year 1985, and for other purposes.

98th Congress (1983-1984)

JOINT RESOLUTION Hide Overview

Sponsor: Rep. Whitten, Jamie L. [D-MS-1] (Introduced 09/17/1984)

Committees: House - Appropriations

Committee Reports: H.Rept 98-1030; H.Rept 98-1159

Latest Action: 10/12/1984 Became Public Law No: 98-473. (All Actions)

Roll Call Votes: There have been 33 roll call votes

Tracker:

Introduced Passed House Passed Senate Resolving Differences To President Became Law

More on This Bill

CBO Cost Estimates [0]

Get more information

See Coverage Dates for Legislative Information and learn about other sources.

Subject — Policy Area:

Economics and Public Finance

View subjects

Summary (4) Text Actions (255) Titles (61) Amendments (1310) Cosponsors (0) Committees (1) Related Bills (79)

## Summary: H.J.Res.648 — 98th Congress (1983-1984)

All Bill Information (Except Text)

Listen to this page

There are 4 summaries for H.J.Res.648. Conference report filed in House (10/10/1984) Bill summaries are authored by CRS.

Shown Here:
Conference report filed in House (10/10/1984)

(Conference report filed in House, H. Rept. 98-1159)
Title I: – Makes continuing appropriations for FY 1985 for projects or activities, provided for in the: (1) Agriculture, Rural Development and Related Agencies Appropriation Act, 1985 (H.R. 5743), as provided for in the conference report filed in the House of Representatives on September 25, 1984, as if such Act had been enacted into law; and (2) the District of Columbia Appropriation Act, (H.R. 5899), as provided in the conference report filed on September 26, 1984.

Department of the Interior and Related Agencies Appropriations Act, 1985 - Title I: Department of the Interior - Makes appropriations for FY 1985 within the Department of the Interior for the Bureau of Land Management for management of land and resources, construction and access, payments in lieu of taxes, Oregon and California grant lands, range improvements, service charges, deposits and forfeitures, miscellaneous trust funds, and land acquisition.

Sets forth uses and limitations of appropriations made to the Bureau of Land Management. Continues the segregative effect of the Department of the Navy withdrawal application N-37171, covering certain public lands in Churchill County, Nevada, until Congress acts on such withdrawal.

Appropriates funds for: (1) U.S. Fish and Wildlife Service for resource management, construction, anadromous fish, the Migratory Bird Conservation Account, land acquisition, and the National Wildlife Refuge Fund; (2) the National Park Service for the operation of the National Park System, recreation and preservation programs, the Visitor Facilities Fund, the Historic Preservation Fund, construction, land acquisition and State assistance, the John F. Kennedy Center for the Performing Arts and the National Capital Region arts and cultural affairs; (3) the Illinois and Michigan Canal National Heritage Corridor Commission; (4) the Jefferson National Expansion Memorial Commission; (5) the Geological Survey for surveys, investigations and research; (6) the Minerals Management Service for leasing and royalty management; (7) the Bureau of Mines for the conduct of inquiries, technological investigations and research of mines and minerals; (8) the Office of Surface Mining Reclamation and Enforcement for regulation and technology, and the Abandoned Mine Reclamation Fund; (9) the Bureau of Indian Affairs for the operation of Indian programs, construction, road construction, Utah Paiute Trust Fund, tribal trust funds, the revolving fund for loans, and the Indian Loan Guaranty and Insurance fund; (10) the Office of Territorial and International Affairs for administration and for the Trust Territory of the Pacific Islands; and (11) the Secretarial offices, including the Office of the Solicitor for salaries and expenses, the Office of Construction Management, and the Office of the Inspector General.

Sets forth the uses and limitations on appropriations made available by this title.

Makes such appropriations available for expenditure or transfer for the emergency reconstruction, replacement, or repair of aircraft, buildings, utilities, or other facilities or equipment damaged or destroyed by fire, flood, storm, or other unavoidable causes.

Amends the Synthetic Fuels Corporation Act of 1980 to subject officers and employees of the Synthetic Fuels Corporation to standards of ethical conduct and financial reporting.

Permits an aggrieved person to bring action in the district courts of the United States to enforce, and secure compliance, with, the policies and guidelines of the Corporation.

Makes funds available for the suppression or emergency prevention of forest or range fires on or threatening lands under the Department of the Interior jurisdiction, for

EXHIBIT AA pg 12 of 13

We're Tracking the Senate Votes on Key Administration Nominations (https://www.govtrack.us/congress/votes/compare/1/trump-nominations). X

# H.R. 5865 (98th): Bail Reform Act of 1984

1 1 1 ...

**Overview (/congress/bills/98/hr5865)**

Summary (/congress/bills/98/hr5865/summary)

Details (/congress/bills/98/hr5865/details)

A bill to amend the Bail Reform Act of 1966 to permit consideration of danger to the community in setting pretrial release conditions, to permit pretrial detention of certain offenders, and for other purposes.
*The bill's titles are written by its sponsor.*

*Overview*

Introduced: **Jun 14, 1984**
98th Congress, 1983–1984

Status: **Died in a previous Congress**
This bill was introduced on September 18, 1984, in a previous session of Congress, but was not enacted.

Sponsor: **Harold Sawyer (/congress/members/harold_sawyer/408599)**
Representative for Michigan's 5th congressional district
Republican

*History*

JUL 31, 1981 — Earlier Version — Introduced
This activity took place on a related bill, H.R. 4362 (97th) (/congress/bills/97/hr4362).

Follow GovTrack on social media for more updates:

(https://www.facebook.com/govtrack/) (https://twitter.com/govtrack) (https://medium.com/govtrack-insider) (https://github.com/govtrack/govtrack.us-web)

On GovTrack Insider:

S. 54 would prevent the creation of a registry of Muslim immigrants (https://medium.com/govtrack-insider/s-54-would-prevent-the-creation-of-a-registry-of-muslim-immigrants-8fdb8898 7ec) – Feb 2, 2017
President Trump pledged during his campaign to institute a temporary ban on all Muslim immigration and Syrian refugees "until our country's...

NOT AN "ACT OF CONGRESS" * END OF STORY *

EXHIBIT AA PG 13 OF 13

# EXHIBIT BB

EXHIBIT BB

page 1 of 4

May 9, 2016

Daniel Staton,
Acting Multnomah County Sheriff
Michael Shults
Acting Corrections Chief Deputy
12240 NE Glisan Street
Portland, Oregon 97230

Joshua K. Marquis
U.S. Attorney's Office
Clatsop County
749 Commercial Street
P.O. Box 149
Astoria, Oregon 97103

Craig Gabriel
1000 SW 3rd St
Portland Or

"Ethan" and any other attorney involved in the Ryan Bundy Case

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

Daniel Staton, Michael Shults and Joshua Marquis

This correspondence is to address the fact that the man, Ryan Bundy, is in your facility, Multnomah County Detention center against his will. It is his wish to be restored to his liberty.

Ryan has multiple charges under 18 USC, and is currently working on bringing remedy, in the private sector, for each charge. Since you are holding Ryan, we can assume that it is your belief that 18 USC does apply to Ryan Bundy. Therefore, I have taken the liberty to attach **18 USC 4001(a)** for your review. I am sure that if you believe 18 USC applies, you will also agree that section 4001(a) of 18 USC applies as well. It would be wrong of you to uphold part of the code while denying another part of the same code. We believe that you are in error to hold Ryan.

**18 USC 4001(a)** specifically states "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress.". You are in error, and wrong to imprison Ryan without first obtaining an Act of Congress authorizing you to do so. That being said, if you do have an Act of Congress specifically authorizing you to hold Ryan Bundy, it is our wish that you produce the said document immediately for our inspection. We require the inspection of the certified copy of the original Act of Congress and any official accompanying session discussion and session law.

If you are unable or refuse to produce the necessary and proper documentation within two (2) hours then you are in agreeance that you are unlawfully imprisoning and detaining and in direct violation of 18 USC as well. As of now, you are an accessory to a crime if you do not immediately release the mind, body, and spirit as well as the PERSON of Ryan Bundy within the allotted time.

Ryan Bundy wishes to be released to complete the good faith private administrative remedy that he is attempting to work on which could resolve the charges. If you agree that you are in error because you lack the necessary and proper Act of Congress, please set him to his liberty and deliver him immediately to the lobby of the detention center for us to pick up.

Please email @ Jule42@me.com
We also have questions about Grand Jury Roll Call.

Sincerely
Julie Embry
[wo]man; right reserved; exempt from levy

8?? - 891 - 5438

Dropped off @ Mult. on Tuesday May 10 2016 3 PM
Kearney given to

Exhibit BB Pg 2 of 4

May 9, 2016

Daniel Staton,
Acting Multnomah County Sheriff
Michael Shults
Acting Corrections Chief Deputy
12240 NE Glisan Street
Portland, Oregon 97230

Joshua K. Marquis
U.S. Attorney's Office
Clatsop County
749 Commercial Street
P.O. Box 149
Astoria, Oregon 97103

Russel Burger
US Marshall
Portland Or

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

Daniel Staton, Michael Shults and Joshua Marquis

This correspondence is to address the fact that the man, Ryan Bundy, is in your facility, Multnomah County Detention center against his will. It is his wish to be restored to his liberty.

Ryan has multiple charges under 18 USC, and is currently working on bringing remedy, in the private sector, for each charge. Since you are holding Ryan, we can assume that it is your belief that 18 USC does apply to Ryan Bundy. Therefore, I have taken the liberty to attach **18 USC 4001(a)** for your review. I am sure that if you believe 18 USC applies, you will also agree that section 4001(a) of 18 USC applies as well. It would be wrong of you to uphold part of the code while denying another part of the same code. We believe that you are in error to hold Ryan.

**18 USC 4001(a)** specifically states "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress.". You are in error, and wrong to imprison Ryan without first obtaining an Act of Congress authorizing you to do so. That being said, if you do have an Act of Congress specifically authorizing you to hold Ryan Bundy, it is our wish that you produce the said document immediately for our inspection. We require the inspection of the certified copy of the original Act of Congress and any official accompanying session discussion and session law.

If you are unable or refuse to produce the necessary and proper documentation within two (2) hours then you are in agreeance that you are unlawfully imprisoning and detaining and in direct violation of 18 USC as well. As of now, you are an accessory to a crime if you do not immediately release the mind, body, and spirit as well as the PERSON of Ryan Bundy within the allotted time.

Ryan Bundy wishes to be released to complete the good faith private administrative remedy that he is attempting to work on which could resolve the charges. If you agree that you are in error because you lack the necessary and proper Act of Congress, please set him to his liberty and deliver him immediately to the lobby of the detention center for us to pick up.

Hi Erin this is Casey you were talking to on phone. If you could please email @ julie42@me.com we have questions about grand jury documents.

Sincerely
Julie Embry
Julie Embry
[wo]man; right reserved; exempt from levy

[illegible] julie42@me.com

May 9, 2016

EXHIBIT BB 3 of 4

**Daniel Staton,**
**Acting Multnomah County Sheriff**
**Michael Shults**
**Acting Corrections Chief Deputy**
12240 NE Glisan Street
Portland, Oregon 97230

**Joshua K. Marquis**
**U.S. Attorney's Office**
Clatsop County
749 Commercial Street
P.O. Box 149
Astoria, Oregon 97103

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE; NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

Daniel Staton, Michael Shults and Joshua Marquis

This correspondence is to address the fact that the man, Ryan Bundy, is in your facility, Multnomah County Detention center against his will. It is his wish to be restored to his liberty.

Ryan has multiple charges under 18 USC, and is currently working on bringing remedy, in the private sector, for each charge. Since you are holding Ryan, we can assume that it is your belief that 18 USC does apply to Ryan Bundy. Therefore, I have taken the liberty to attach **18 USC 4001(a)** for your review. I am sure that if you believe 18 USC applies, you will also agree that section 4001(a) of 18 USC applies as well. It would be wrong of you to uphold part of the code while denying another part of the same code. We believe that you are in error to hold Ryan.

**18 USC 4001(a)** specifically states "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress.". You are in error, and wrong to imprison Ryan without first obtaining an Act of Congress authorizing you to do so. That being said, if you do have an Act of Congress specifically authorizing you to hold Ryan Bundy, it is our wish that you produce the said document immediately for our inspection. We require the inspection of the certified copy of the original Act of Congress and any official accompanying session discussion and session law.

If you are unable or refuse to produce the necessary and proper documentation within two (2) hours then you are in agreeance that you are unlawfully imprisoning and detaining and in direct violation of 18 USC as well. As of now, you are an accessory to a crime if you do not immediately release the mind, body, and spirit as well as the PERSON of Ryan Bundy within the allotted time.

Ryan Bundy wishes to be released to complete the good faith private administrative remedy that he is attempting to work on which could resolve the charges. If you agree that you are in error because you lack the necessary and proper Act of Congress, please set him to his liberty and deliver him immediately to the lobby of the detention center for us to pick up.

Sincerely,
Julie Embry
Julie Embry
[wo]man; right reserved; exempt from levy
817-891-5438 julc42@me.com

503-823-4000
Received
Max Pattison

EXHIBIT BB 4 of 4

**Verification**

I certify the foregoing is true and correct and that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

Cleveland Mona 4-10-16
Cleveland, Mona (date)

**Certificate of Service**

This the 10th day of May, 2016 a true and correct copy of the foregoing was served to the following persons by email and by hand:

**Craig J. Gabriel**
U.S. Attorney's Office
1000 SW Third Avenue
Suite 600
Portland, Oregon [97204]
Email: craig.gabriel@usdoj.gov

**Daniel Staton**
Multnomah County Sheriff
**Michael Shults**
Corrections Chief Deputy
501 SE Hawthorne #350
Portland, Oregon [97214]

# EXHIBIT CC

EXHIBIT CC
Page 1 of 4

January 8, 2017

George Foley, Jr
U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
333 Las Vegas Boulevard
Las Vegas, Nevada 89101

Regarding 2:16-cr-00046-GMN-PAL-2

Greetings

Please allow this letter to introduce myself to you. I am one of the people defending RYAN C BUNDY in the above-mentioned case that you are a part of administrating. I am Julie. I work for Bundy, Ryan C and have without ceasing for the past nine months. I am his faithful counselor, investigator, paralegal and document writer. In fact, to be completely upfront with you, I too am an interested party to this case as I am also one of the registered name holders of the name RYAN C BUNDY.

Before writing this correspondence to you I took the time to look at your past accomplishment and your resume reflects a very successful career. In light of that, please note that this correspondence is written with all due respect.

As a Christian, I believe in going privately to my brother with a problem before I take my issues with him into the public. I believe it is biblical to do so. This correspondence is my attempt to privately communicate problems to you. I pray that you will direct your attention, with all due diligence and with the eyes of an honest man who has a respect for rules, procedures, and most highly the Law. Please be the man of honor, as your title states, and pursue truth and right in these matters immediately and have clean hands, as the Law requires.

I have reviewed the transcripts of the "Pre-trial Detention Hearing" you held on April 20, 2016 regarding RYAN C BUNDY. There are some fundamental and grave errors in that hearing:

(1) While it may be the "norm" for the court recorder to label your words as "The Court:" it is fraudulent and deceitful to do so as you are the "Judicial Officer", you refer to on page 6 lines 5 and 6, of the Court. "The Court" cannot speak as it exist only on paper.

(2) While it may be the "norm" for Judicial Officers to proceed when only the Plaintiff, who prosecutes every day, all day over 300 days a year, is ready; however, it is improper and unfair for the Judicial Officer to move the court when the Defendant has answered that he is categorically NOT READY. In the interest of justice you should have granted the verbal motion to continue as you were fully aware that a continnuance would NOT have prejudiced the other side.

You moved the Court, as if you were a prosecutor, or a party of interest, and held what you knew was an <u>ambush hearing</u> and you gave no "good cause" or "points and authorities" that would empower you to move the Court. This has the appearance of bias on your part when you should be taking all precautions to at least the appearance of neutrality. "The court should

freely give leave when justice so requires". "The court may grant a continuance to enable the objecting party to meet the evidence".

Furthermore, Bundy had made an objection and a verbal motion, having not had access to the court to file a written Motion to Continue, for good cause. You, not even inquiring into what good cause, or considering the fact that Due Process requires him to be allowed to bring forth evidence in this hearing, forged onward. It was a hearing, right? A hearing is the appropriate opportunity to bring forth evidence to be considered, isn't it? ***"A hearing regarding pretrial detention is immediately reviewable", United States Supreme Court, UNITED STATES v. SALERNO, (1987).***

(3) This "hearing" was based on the Bail Reform Act as mentioned on pages:

(a) 5, line 13
(b) 5, line 15
(c) 5, line 22
(d) 7, line 11-12

The Bail Reform Act of June 22, 1966, Public Law 89-465, is the only Bail Reform Act that has been enacted and it has not been repealed **(SEE ATTACHED for your convenience)**. This act took effect ninety days after the date on which it was enacted. This Act does not authorize you to detain someone without bail, unless for a capital crime. This Act does not authorize you to detain someone whom you think may be a risk of nonappearance and it does not allow you to detain someone because you think, or even prove he may be a "danger to the community".

The Bail Reform Act of 1984, also referred to as the Comprehensive Crime Control Act of 1984, was passed by the Senate but was never passed by the House of Representatives **(SEE ATTACHED for your convenience)**. Therefore, it was not enacted, thus, it died in 98th Congress. This unsuccessful Act proposed detaining someone for perhaps being "a danger". However, by the death of this proposed Act, Judicial Officers were explicitly denied the option to detain someone for a "noncapital crime" under the pretense that they may be a "danger to community". **SEE ATTACHED, for your convenience,** the process of a bill being passed/enacted by Congress. If you are able to bring forth evidence that rebuts my claim please do so within eight (8) hours or your silence will be a record that you are in agreement with my claim stated herein.

In this detention hearing references to "being a danger to community" was mentioned on pages:

(e) 5, line 15
(f) 7, line 13
(g) 8, line 8
(h) 20, line 25
(i) 22, line 4
(j) 23, line 7
(k) 23, line19 an 22
(l) 24, line 12
(m)25, line 4, 7 and 9

You have used a <u>FAILED</u>, fraudulent Bail Reform Act to detain Bundy without right, without a hearing of evidence, without authority. This reminds me of your resume, how you are fourth generation BAR attorney and you have approximately 40 years experience in Law. I am struggling to imagine how this gross negligence could take place in a legitimate court under your watchful eye.

EXHIBIT C pg 3 of 4

(4) The transcript of the detention hearing contains ELEVEN pages (page 7-17 and part of page 18), because he had ample time to prepare for this hearing, Mr. Dickinson goes on and on talking and talking about things he has no first hand knowledge of and makes no offerings of proof. It is apparent to me, reading the transcript that Mr. Dickinson is as inept at speaking as he is at ferretting out the truth.

In your "Alternative Findings", having refused to give Bundy an opportunity to bring evidence, and Mr. Dickinson having brought no evidence, your statements "the Court finds <u>by clear and convincing evidence</u>" and "<u>the weight of evidence</u>" leaves me dumbfounded. It would only be in the interest of justice for you to kindly explain what "evidence" you considered as none was brought forward. Are you honorable, as your title states?

(5) In your "Statement for the Reasons for Detention" you state "I find that the credible <u>testimony</u> and information submitted at the hearing established by clear and convincing <u>evidence</u>...". I have read and read and reread the transcript of this hearing looking and looking for where someone gave testimony and submitted evidence. An attorney cannot testify, as you well know. Testimony is given UNDER OATH by someone with first hand knowledge. Are you honorable, as your title states?

(6) One reference on the "DETENTION ORDER PENDING TRIAL" is made under the title of the document (ecf #298) to 18 U.S.C 3142(f). This is also lacking enactment by congress and is in conflict with the <u>enacted</u> Bail Reform Act of 1966.

The honorable action to take, and in keeping with the spirit and law of the Bail Reform Act 1966, with regards to this "noncapital case prior to trial", I make the formal request that the above enumerated and grievous errors be immediately corrected. For you to be correct and within the law, Bundy, Ryan must be "released pending trial on his personal recognizance". Since the Court has held him for a year, unlawfully, and Bundy has given his word, his bond, that he will come to the Court for this matter [2:16-cr-00046-GMN-PAL-2] it is only fair and lawful that he is released immediately with no restrictions placed on him upon his release. That being said, worst case, there are many people who are willing and able to take "custody" of Bundy, Ryan and insure the Court of his appearance at hearings with regards to 2:16-cr-00046-GMN-PAL-2. Travel restrictions, although unnecessary, may also save the Court some public embarrassment.

Let me be clear, this letter is in regards to one man, Bundy, Ryan, being detained unlawfully by this court, I will refrain from making this about every man or woman in America being held under the "danger to community" verbiage for only a very short time. This could be legal matter/action with EVERY man or woman you have ever detained in the past and current under the same reasoning. I would be happy to work on that case, it would read something like, Embry, Julie, of "we the people" vs. George Foley Junior et al.

**<u>THIS IS YOUR NOTICE</u>: NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT; NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – YOUR SILENCE BEYOND THE ALLOTTED TIME (8 HOURS) STANDS AS AGREEMENT WITH MY CLAIM THAT YOU ARE UNLAWFULLY DETAINING THE MAN, Bundy, Ryan C AND THAT YOU MUST AND WILL RELEASE HIM IMMEDIATELY OR BE GUILTY OF TREASON, BARRATRY, EXTORTION AND COUNTLESS OTHER CRIMES AGAINST MANKIND.**

Submitted to you peacefully

Embry, Julie

EXHIBIT CC 4 of 4

dba RYAN C BUNDY
an individual registered legal
business entity #899817400022

dba JULIE KAYE EMBRY
an individual registered legal
business entity #899043500029

**SEE ATTACHMENTS:**

**PUBLIC LAW 89-465-JUNE 22, 1966; (ENACTED INTO LAW)**
**H.R. 5865 (98TH) BAIL REFORM ACT OF 1984 (NOT ENACTED)**
**S. 1762 (98TH) COMPREHENSIVE CRIME CONTROL ACT OF 1984 (NOT ENACTED)**
**Document #298 DETENTION ORDER PENDING TRIAL**
**The process for a bill to be enacted into law**

Receiving correspondence:
jule50@icloud.com
c4cfforall@gmail.com

Hand delivered to office of George Foley Junior and:

Cc: **Doyle Decker**
"Chief Marshal"
U.S. Marshals Service
District of Nevada
333 Las Vegas Boulevard
Las Vegas, Nevada 89101

**Adam Paul Laxalt**
Nevada Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101



EXHIBIT D8 page 1

***UNITED STATES DISTRICT COURT***
***District of Nevada***

*Lloyd D. George United States Courthouse*
*333 Las Vegas Boulevard South, Room 3099*
*Las Vegas, Nevada 89101*

***George Foley, Jr.***
*United States Magistrate Judge*

*PH: (702) 464-5575*
*FX: (702) 464-5576*

January 10, 2017

Ryan C. Bundy
795070
Nevada Southern Detention Center
2190 East Mesquite Ave.
Pahrump, NV 89060

Re: Case No. 2:16-cr-00046-GMN-PAL, *United States of America v. Ryan C. Bundy, et al.*

Dear Mr. Bundy,

Enclosed is a copy of correspondence that I received in chambers from a Ms. Julie Embry. Ms. Embry is not authorized to file documents with the court or submit documents to chambers on your behalf. Therefore, I am returning the attached correspondence to you.

Very truly yours,

George Foley, Jr.
U. S. Magistrate Judge

GWF:ar

Valid Process of Service completed
Julie-Maye: Embry