Ryan Bundy
Currently interned as a Political Prisoner at:
Nevada Southern Detention Center
Pahrump, Nevada



FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ryan Bundy                                                      No. 2:17-cv-01551-RFB-NJK
Ex parte: julie-kaye: Embry, non-representative, non-agent       Re: 2:16-cr-46-GMN-PAL
    Petitioner(s)

v.

UNITED STATES,
Nadia Ahmed,
Erin Creegan,                                                   **Judicial Notices**
Nicholas Dickinson,                                             **Motion for Writ of Habeas**
Peter Levitt,                                                   **to be AWARDED/ORDERED**
Steven Myhre,
Roger Wenthe,
George Foley Jr,
Doyle Decker
    Respondent(s)

### I.
### Judicial Notice

**TERMS** – Forthwith- "immediately and without delay", *Black's Law Dictionary*, tenth edition, page 769.
    Delay – "the act of postponing or slowing", *Black's Law Dictionary*, tenth edition, page 518.

### II.
### Judicial Notice

The Petitioner(s) herein give Judicial Notice that no waiver has been submitted to waive right to a judge. No magistrate shall be assigned to 2:17-cv-01551-RFB-NJK.

Judicial Notices and Motion for Writ of Habeas to be AWARDED/ORDERED      1

## III.
## Judicial Notice

The Petitioner(s) herein give Judicial Notice of 28 USC 2243 – Issuance of writ; return; hearing. "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Petitioner(s) are entitled to writ of habeas according to 28 USC 2241.

This honorable court has two options with which to proceed in entertaining an application for a writ of habeas corpus:

1. Forthwith award the writ; or,
2. Forthwith issue an order to the respondent(s) to show cause.

This honorable court has failed or refused to forthwith issue an order to the respondent(s) to show cause why the writ of habeas should not be awarded. Without an objection or traverse to the writ of habeas the court has only one option left with which to proceed. **The writ must be awarded.**

## IV.
## Judicial Notice

Furthermore, the Petitioner(s) give Judicial Notice of 28 USC 2248 – Return or answer; conclusiveness. "The allegations of a return to the writ of habeas corpus or of an answer to an order to show cause in a habeas corpus proceeding, **if not traversed,** shall be accepted as true except to the extent that the judge finds from the evidence that they are not true."

Due to the fact that the Respondent(s) respond with silence, the court must presume that there is no objection to the writ of habeas filed. Petitioner(s) now traverse, with regards to Respondent(s) silent response, by accepting Respondent(s) silence as an admission of guilt and fraud upon this honorable court by the Respondent(s). **The writ must be awarded.**

# V.
# Judicial Notice

This honorable court is to take Judicial Notice of the command for honest service from this court and all of the judicial officers participating in these proceedings. Each and every one of the Respondent(s) are officers of the court and are in fault and dishonor to not respond, with or without prompting, and are all in violation of their Oath of Office as well as their Oath to this honorable court. The Respondent(s) actions or failure to action is not good moral and professional character. The Petitioner(s) stipulate that if the Respondent(s) were on the other side and received no response or appearance they would demand a warrant be granted. This is evidence of bad character by the Respondent(s).

## LR IA 11-1. ADMISSION TO THE BAR OF THIS COURT; ELIGIBILITY AND PROCEDURE
(a) Practice of Attorneys Admitted in Nevada and Maintaining Nevada Offices.

(1) An attorney who is admitted to practice before the Supreme Court of Nevada and of good moral and professional character may apply for admission to the bar of this court. Admission to practice before the Supreme Court of Nevada, in good standing, is a continuing condition of admission to the bar of this court.

(2) To apply, an applicant must:
(A) Submit a motion by a member of the bar of this court on the form provided by the clerk certifying that the applicant is a member of the State Bar of Nevada and of **good moral and professional character;**
(B) Subscribe to the roll of attorneys and pay the clerk the admission fee fixed by the Judicial Conference of the United States, plus any additional amounts as the court may fix from time to time; and
(C) Take the following oath or affirmation after which the clerk must issue a certificate of admission to the applicant:

"I, _____, do solemnly swear (or affirm) that as an attorney and as a counselor of this court I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States."

# VI.
# Motion for Writ of Habeas to be AWARDED/ORDERED forthwith

This motion for Writ of Habeas to be awarded/ordered stands unopposed. Petitioner(s) pray the court be honorable and uphold the laws, the codes as well as the duties and responsibilities of an honorable court.

Judicial Notices and Motion for Writ of Habeas to be AWARDED/ORDERED     3

Petitioner(s) pray the court, immediately and without delay, provide honest service to the Petitioner(s) and The People of America and award the Writ of Habeas forthwith, in accordance to 28 USC 2243.

Verification: Recorded in the private, published in the public, Title 28 USC 1746, under the laws of United States, made pursuant to law; I verify under penalty of per jury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2017.

With all due respect,

*[signature]*
Ex parte: julie-kaye: Embry,
non-representative, non-agent
Civil Rule of Procedure 17(b)

*[signature]*
Bundy, Ryan C
Exempt from levy

(The remainder of this page is intentionally left blank)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ryan Bundy<br>Ex parte: julie-kaye: Embry, non-representative, non-agent<br>    Petitioner(s)<br><br>v.<br><br>UNITED STATES,<br>Nadia Ahmed,<br>Erin Creegan,<br>Nicholas Dickinson,<br>Peter Levitt,<br>Steven Myhre,<br>Roger Wenthe,<br>George Foley Jr,<br>Doyle Decker<br>    Respondent(s) | No. 2:17-cv-01551-RFB-NJK<br>Re: 2:16-cr-46-GMN-PAL<br><br><br><br><br><br><br>**FINAL JUDGMENT**<br>**AND ORDER OF RELEASE** |

## FINAL JUDGMENT AND ORDER OF RELEASE

Now before the court for consideration is a document titled "Writ of Habeas Corpus" (#1), filed in the above civil action. The filing is within this United States District Court's subject matter jurisdiction. This motion appears to be and is presumed to be unopposed by Respondent(s) as there is no evidence to the contrary; therefore, it is so.

After careful consideration the United States District Court ORDERS, ADJUDGES, and DECREES that the Habeas Corpus, filed on June 1, 2017, and all it entails is AWARDED to the Petitioner(s).

This Judgment is final and the following men, being held by UNITED STATES without an Act of Congress, indicated by a check mark next to name, are hereby ordered to be release without delay:

      ____ Ryan C Bundy
      ____ Cliven D Bundy
      ____ Ammon E. Bundy
      ____ David H. Bundy
      ____ Melvin D. Bundy
      ____ Gregory P. Burleson
      ____ Brian D. Cavalier
      ____ Blaine Cooper
      ____ Gerald A. DeLemus

- \_\_\_ O. Scott Drexler
- \_\_\_ Todd C. Engel
- \_\_\_ Richard R. Lovelien
- \_\_\_ Micah L. McGuire
- \_\_\_ Joseph D. O'Shaughnessy
- \_\_\_ Eric J. Parker
- \_\_\_ Ryan W. Payne
- \_\_\_ Peter T. Santilli, Jr
- \_\_\_ Steven A. Stewart
- \_\_\_ Jason D. Woods
- \_\_\_ Michael Ray Emry
- \_\_\_ John Michael Edwards
- \_\_\_ Thomas Robert Lacovara
- \_\_\_ Schuyler Pyatte Barbeau
- \_\_\_ Omar W. Qazi
- \_\_\_ Randall David Due
- \_\_\_ Terry G. Trussel
- \_\_\_ Adam Van Cannon
- \_\_\_ Joe Robertson
- \_\_\_ Bruce Doucette
- \_\_\_ Stephen Nalty
- \_\_\_ Steven Dwight Hammond
- \_\_\_ Dwight Lincoln Hammond, Jr

IT IS SO ORDERED:

_____
JUDGE Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

Date executed: June \_\_\_\_, 2017.

_____
Seal of Authority

FINAL JUDGMENT AND ORDER OF RELEASE                                                                 2

**Certificate of Service**

NO: 2:17-CV-01551 - RFB -NJK
RE: 2:16-CR-46-GMN-PAL

This the 15th day of June, 2017 a true and correct copy of the foregoing was served to the court, and the following persons by email, first-class mail or better:

Nadia Ahmed,
Erin Creegan,
Nicholas Dickinson,
Peter Levitt,
Steven Myhre,
Roger Wenthe

501 Las Vegas Blvd. South
Suite 1100
Las Vegas, Nevada 89101

George Foley, Jr.
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

Doyle Decker
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

VIA

_____ June 15, 2017
Currier name and mark

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUN 1 5 2017

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

NO: 2-17-CV-01551-RFB-NJK
RE 2:16-CR-46-GMN-PAL

**Certificate of Service**

This the 15th day of June, 2017 a true and correct copy of the foregoing was served to the court, and the following persons by email, first-class mail or better:

Nadia Ahmed,
Erin Creegan,
Nicholas Dickinson,
Peter Levitt,
Steven Myhre,
Roger Wenthe

501 Las Vegas Blvd. South
Suite 1100
Las Vegas, Nevada 89101

George Foley, Jr.
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

Doyle Decker
333 Las Vegas Blvd South
Las Vegas, Nevada 89101

Via PJ

_____ June 15th, 2017
Currier name and mark

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 15 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY