# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYAN BUNDY,

    Petitioner,

vs.

UNITED STATES, et al.,

    Respondents.

Case No. 2:17-cv-01551-RFB-NJK

**ORDER**

    Petitioner has filed a petition for a writ of habeas corpus. He challenges the existence of the Bail Reform Act. The Bail Reform Act of 1984 was enacted by Public Law 98-473, October 12, 1984, 98 Stat. 1837, §§ 202 et seq., and it has been amended many times since. The petition is without merit on its face and needs no response. 28 U.S.C. § 2243. The court also denies petitioner's motion for writ of habeas corpus to be awarded/ordered forthwith (ECF No. 6).

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that petitioner's motion for writ of habeas corpus to be awarded/ordered forthwith (ECF No. 6) is **DENIED**.

    IT IS FURTHER ORDERED that the clerk of the court shall file the petition for a writ of habeas corpus.

    IT IS FURTHER ORDERED that the clerk of the court shall send a copy of the petition for a writ of habeas corpus and a copy of this order to the United States Attorney for the District of Nevada. No response is necessary.

IT IS FURTHER ORDERED that the petition for a writ of habeas corpus is **DENIED**. The clerk of the court shall enter judgment accordingly and close this action.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: July 18, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge